UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGILIO DETRES,

      Plaintiff,

v.                                    Case No. 8:07-cv-1875-T-24 MSS

SECURETECH SECURITY, INC. and
JONATHAN BERGREN,

      Defendants.

_____/

## ORDER

    This cause comes before the Court on Plaintiff, Virgilio Detres' Motion for Clerk's

Default (Doc. No. 7), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Defendants Securetech Security, Inc. and Jonathan Bergren have failed to answer or otherwise

respond to Plaintiff's complaint within period set forth in Rule 12 of the Federal Rules of Civil

Procedure.  As such, the Court directs the Clerk to enter a default against Defendants Securetech

Security, Inc. and Jonathan Bergren.

    **DONE AND ORDERED** at Tampa, Florida, this 4th day of January, 2008.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Defendants